1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** ) | 1:19-mc-00047-SAB and 1:19-mc-00048-SAB |
| ) | |
| ) | ORDER REGARDING USE OF ELECTRONIC |
| ) | FILING SYSTEM, DIRECTING APPEARANCE |
| **GUILLERMO TRUJILLO CRUZ,** ) | BY SUPERVISING DEPUTY ATTORNEY |
| ) | GENERAL, AND SETTING BRIEFING |
| ) | SCHEDULE |
| ) | |
| ) | [ECF No. 1] |
| ) | |
| _____ ) | |

On July 10, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at North Kern State Prison (NKSP).

Plaintiff contends that prison officials at NKSP are denying him physical access to the law library to use the e-filing system. (ECF No. 1 at 1.) Plaintiff requests to be exempt from filing his complaint through use of the electronic filing system.

As Plaintiff is incarcerated at NKSP, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiff's incarcerated at NKSP. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

The Court will request the Supervising Deputy Attorney General in charge of the e-service program, Christopher Becker, to address Plaintiff's contention that he is not allowed to utilize the e-filing system at NKSP. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary and only if Plaintiff has properly responded within the specified time period.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Guillermo Trujillo Cruz's request in each case 1:19-mc-00047-SAB and 19-mc-00048-SAB (ECF No. 1), and a copy of this order on Supervising Deputy Attorney General, Christopher Becker, at Christopher.Becker@doj.ca.gov;

2. Within **seven (7) days** from the date of service of this order, Mr. Becker shall file a response to Plaintiffs' requests **or** electronically file the Plaintiffs' complaints, along with proof of such filing.

IT IS SO ORDERED.

Dated: __**July 15, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE