# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** <br><br> **GUILLERMO TRUJILLO CRUZ,** | 1:19-mc-00047-SAB and 1:19-mc-00048-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS CASES |

On July 10, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at North Kern State Prison (NKSP).

On July 16, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiffs' requests or to electronically file the complaints.

On July 23, 2019, Deputy Attorney General Joanna Hood filed a notice indicating that Plaintiff electronically filed his complaints on July 19, 2019, in Cruz v. Baker, E.D. Cal. No. 1:19-cv-00995-DAD-GSA (PC) and Cruz v. Ostrander, et al., E.D. Cal. No. 1:19-cv-00994-JLT (PC).

///
///
///
///
///
///
///
///

1

In as much as the above-captioned complaints have now been electronically filed and a new civil rights action has been opened, the Clerk of Court is directed to close the instant miscellaneous cases.

IT IS SO ORDERED.

Dated: __**July 25, 2019**__

UNITED STATES MAGISTRATE JUDGE